

Filing # - 030014604318

Filed - 09/03/2003 02:40 PM

Page 1 of 1

Wisconsin Department of Financial Institutions

UC NATIONAL PUBLIC RECORDS
329 W WILSON ST 2ND FL
MADISON WI 53703
608 255 2220
800 822 7725

Courier: FedEx
Debtor: BREDE-PRYOR, INC.
Juris: Wisconsin, WI

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME
   1a. ORGANIZATION'S NAME: Brede Foundries, Inc.
   1c. MAILING ADDRESS: PO BOX 26499, 9895 N. GRANVILLE RD
   CITY: MILWAUKEE  STATE: WI  POSTAL CODE: 53226  COUNTRY: USA
   TYPE OF ORGANIZATION: CORP  JURISDICTION: WI  ORGANIZATIONAL ID #: 1G02027

3. SECURED PARTY'S NAME
   CATERPILLAR FINANCIAL SERVICES
   MAILING ADDRESS: 2120 WEST END AVE
   CITY: NASHVILLE  STATE: TN  POSTAL CODE: 37203-0986  COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:
ONE (1) CATERPILLAR 330CL EXCAVATOR S/N: 0XJ90312
and substitutions, replacements, additions, and accessions thereto, now owned or hereafter acquired and proceeds thereof. This is a precautionary filing and is not to be deemed as an admissions by any party that the lease agreement is other than a true lease.

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone: (800) 331-3282 Fax: (818) 662-4141

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

UCC Direct Services
P.O. Box 29071
Glendale, CA 91209-9071

13930104

WI, Dept of Financial Institution

UCC Direct Services
Representation of filing

This filing is Completed
File Number : 080004459729
File Date : 02-APR-2008

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| GREDE FOUNDRIES, INC. | | | | |
| 1b. INDIVIDUAL LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| PO BOX 26499, 9898 W. BLUEMOUND RD | MILWAUKEE | WI | 53226 | USA |
| 1d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Corporation | 1f. JURISDICTION OF ORGANIZATION: WI | 1g. ORGANIZATIONAL ID#, if any: 1G02837 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | ☐ NONE |

3. SECURED PARTY'S (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION | | | | |
| 3b. INDIVIDUAL LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2120 WEST END AVE | NASHVILLE | TN | 372030986 | USA |

4. This FINANCING STATEMENT covers the following collateral:
ONE (1) CATERPILLAR 924GZ WHEEL LOADER S/N: RTA00950
And substitutions, replacement, additions, and accessions thereto, now owned or hereafter acquired and proceeds thereof. This is a precautionary filing and is not to be deemed as an admissions by any party that the lease agreement is other than a true lease.

5. ALTERNATE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] ☐ Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] (optional) ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA  001-0513617-000                                      0513617-000
30041845

FILING OFFICE COPY - UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/02/02)