# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

IN RE:

GREDE FOUNDRIES, INC.
Debtor

CASE NO. 09-14337
Chapter: 11

Honorable Judge Robert D. Martin

## NOTICE OF MOTION OF CATERPILLAR FINANCIAL SERVICES CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, ADEQUATE PROTECTION

**TO: See Service List**

Caterpillar Financial Services Corporation has filed papers with the court for relief from the automatic stay or, in the alternative, adequate protection.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant relief from the automatic stay or, in the alternative, adequate protection, or if you want the court to consider your views on the motion, then on or before December 23, 2009, you or your attorney must:

File with the court a written request for a hearing at:

Clerk's Office
U.S. Federal Courthouse
120 N. Henry Street
P.O. Box 548
Madison, WI 53701

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

    Statman, Harris & Eyrich, LLC
    200 W. Madison St., Suite 3820
    Chicago, IL 60606

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                                                     s/Daniel Rubin
                                         Attorney for Caterpillar Financial Services Corporation, Movant

Date:_____

Prepared by:
Daniel Rubin, IL ARDC #6293669
Statman Harris Eyrich
Attorney for Harris N.A.
200 W. Madison St. Suite 3820
Chicago, IL 60606
ph (312)263-1070

# Service List

**Via ECF**

Steven R. 0Sorenson on behalf of Creditor A.F. Gelhar Co., Inc.
ssorenson@sorensonlaw.com, jwalker@sorensonlaw.com;hsaladin@sorensonlaw.com

Christopher J. Ahrens on behalf of Creditor United Steelworkers-A.F.L.-C.I.O.-C.L.C.
cja@previant.com

Valerie L. Bailey-Rihn on behalf of Creditor CenterPoint Energy Services, Inc.
val.bailey@quarles.com, tracy.christianson@quarles.com

Ronald Barliant on behalf of Creditor GE Business Financial Services, Inc.
ronald.barliant@goldbergkohn.com, sarah.risken@goldbergkohn.com

Donald F. Baty on behalf of Interested Party General Motors Company
dbaty@honigman.com

Winnifred P. Boylan on behalf of Creditor Linamar Corporation
wpboylan@lambertleser.com

Timothy Wayne Brink on behalf of Creditor Committee Committee of Unsecured Creditors
timothy.brink@dlapiper.com,
timothy.walsh@dlapiper.com;robert.ware@dlapiper.com;jim.irving@dlapiper.com;vincent.roldan@dlapiper.com

Adam D. Bruski on behalf of Creditor Linamar Corporation
adbruski@lambertleser.com

Cynthia L. Buchko on behalf of Debtor Grede Foundries, Inc.
cbuchko@whdlaw.com,
cwittlinger@whdlaw.com;dsteaffens@whdlaw.com;chandy@whdlaw.com;acantoral@whdlaw.com

Eric D. Carlson on behalf of Creditor Ford Motor Company
carlson@millercanfield.com

D. Elaine Conway on behalf of Creditor Constellation NewEnergy-Gas Division, LLC

Susan M. Cook on behalf of Creditor Linamar Corporation
smcook@lambertleser.com

Paul D. Cranley on behalf of Debtor Grede Foundries, Inc.
pcranley@whdlaw.com,
csaldana@whdlaw.com;dsteaffens@whdlaw.com;acantoral@whdlaw.com;chandy@whdlaw.com

Sheree G. Dandurand on behalf of U.S. Trustee U.S. Trustee's Office
sheree.g.dandurand@usdoj.gov

Bruce De'Medici on behalf of Creditor SAP America, Inc.
BdeMedici@salawus.com

Rebecca R. DeMarb on behalf of Creditor Stewart Manufacturing, LLC
rebecca@demarblaw.com, carol@demarblaw.com

Daryl L. Diesing on behalf of Debtor Grede Foundries, Inc.
ddiesing@whdlaw.com, lramirez@whdlaw.com;pbartoli@whdlaw.com

Kristin S. Elliott on behalf of Creditor TCS America
KDWBankruptcyDepartment@kelleydrye.com, kelliott@kelleydrye.com

Scott B. Fleming on behalf of Creditor Loeb Lorman Metals, Inc.
sbf@wbb-law.com

Catherine J. Furay on behalf of Creditor GE Business Financial Services, Inc.
cfuray@murphydesmond.com, vowen@murphydesmond.com

Robert O. Grulke on behalf of Creditor Gordon Flesch Company, Inc.
rgrulke@leekilkelly.com

Jennifer Beth Herzog on behalf of Creditor American Colloid Company
jherzog@gklaw.com

Yingtao Ho on behalf of Creditor United Steelworkers-A.F.L.-C.I.O.-C.L.C.
yh@previant.com

James Irving on behalf of Creditor Committee Committee of Unsecured Creditors
jim.irving@dlapiper.com

Joel A. Kunin on behalf of Creditor Azcon Corporation
jkunin@kuninlaw.com

Matthew D. Lee on behalf of Creditor Cummins Inc.
mdlee@foley.com, jbedner@foley.com

Paul A. Lucey on behalf of Creditor Tonawanda Coke Corporation
palucey@michaelbest.com

Donald K. Ludman on behalf of Creditor SAP America, Inc.
dludman@brownconnery.com

D. Alexander Martin on behalf of Creditor T-Roy Trucking, Inc.
dxm@dewittross.com, jay@dewittross.com

Michael A. Marx on behalf of Creditor Peter Sohlden
mmarx@mzmilw.com

Daniel J. McGarry on behalf of Debtor Grede Foundries, Inc.
dmcgarry@whdlaw.com, Dkarns@whdlaw.com;thart@whdlaw.com

James W. McNeilly on behalf of Creditor Schneider's Iron & Metal, Inc.
jmcneilly@mcneillylawoffices.com, scejka@mcneillylawoffices.com

Jerome P. Mercer on behalf of Creditor DRM Electrocoat Corporation
jmercer@baraboolaw.com

Kathleen M. Miller on behalf of Creditor Airgas, Inc.
kmiller@skfdelaware.com

Randall J. Nesbitt on behalf of Creditor Renco Machine Company
rnesbitt@pinkertlawfirm.com

Timothy F. Nixon on behalf of Creditor Reedsburg Utility Commission
tnixon@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

Darlene Nowak on behalf of Creditor Tube City IMS LLC

nowak@marcus-shapira.com

Dennis C. O'Donnell on behalf of Creditor DDJ Capital Management, LLC
dodonnell@milbank.com

Frederick Perillo on behalf of Creditor United Steelworkers-A.F.L.-C.I.O.-C.L.C.
fp@previant.com

Timothy J. Peyton on behalf of Creditor Skinner Transport Corp.
tim@keplerpeyton.com

Todd M. Pfeil on behalf of Creditor Dairyland Packaging USA, LLC
tpfeil@pmc-law.com

Thomas M. Pyper on behalf of Debtor Grede Foundries, Inc.
tpyper@whdlaw.com, cwittlinger@whdlaw.com;dsteaffens@whdlaw.com

Claire Ann Resop on behalf of Creditor DDJ Capital Management, LLC
cresop@vonbriesen.com, bgentz@vonbriesen.com

Kimberly J. Robinson on behalf of Creditor Motion Industries, Inc.
kim.robinson@bfkn.com

Daniel S. Rubin on behalf of Creditor Caterpillar Financial Services Corporation
drubin@statmanharris.com

Annapoorni R. Sankaran on behalf of Creditor Ferrosource
sankarana@gtlaw.com

Keith A. Schofner on behalf of Creditor Linamar Corporation
kaschofner@lambertleser.com

Martin E. Seifert on behalf of Creditor Core-Tech, Inc.
mseifert@hallercolvin.com

Joseph E. Shickich on behalf of Creditor Microsoft Corporation and Microsoft Licensing, GP
jshickich@riddellwilliams.com

Michael J. Small on behalf of Creditor Marshall & Ilsley Trust Company
jlee@foley.com, msmall@foley.com;khall@foley.com

Ann Ustad Smith on behalf of Creditor Iron Operating, LLC
ausmith@michaelbest.com, smbunge@michaelbest.com

Katherine Stadler on behalf of Creditor Reedsburg Utility Commission
kstadler@gklaw.com, zraiche@gklaw.com

Christopher J. Stroebel on behalf of Creditor DDJ Capital Management, LLC
cstroebel@vonbriesen.com, audell@vonbriesen.com

James D. Sweet on behalf of Creditor GE Business Financial Services, Inc.
jsweet@murphydesmond.com, sshank@murphydesmond.com

Gordon J. Toering on behalf of Creditor Bosch Rexroth Corporation
gtoering@wnj.com

U.S. Trustee's Office
USTPRegion11.MD.ECF@usdoj.gov

Eric Michael Wiechert on behalf of Creditor Northern States Power Company
eric.m.wiechert@xcelenergy.com, julie.a.delikowski@xcelenergy.com

Samuel C. Wisotzkey on behalf of Creditor Integrys Energy Services, Inc.
swisotzkey@kmksc.com, kmksc@kmksc.com


**Via Mail**

Jerry M. Ellis on behalf of Creditor Trojan Heat Treat Company
39395 W Twelve Mile Road , Ste. 200
Farmington Hills, MI 48331

Heather M. Forrest on behalf of Creditor Constellation NewEnergy-Gas Division, LLC
Jackson Walker LLP
901 Main Street, Suite 6000
Dallas, TX 75202

Gregory B. Gill on behalf of Defendant Metal Products, Inc.
Gill & Gill, S.C.
128 North Durkee Street

Appleton, WI 54911

Floyd A. Harris on behalf of Creditor First Western Bank & Trust
Polacheck and Harris
710 North Plankington Avenue
Suite 700
Milwaukee, WI 53203-2451

Melissa A. Haselden on behalf of Creditor IFCO Systems
Weycer, Kaplan, Pulaski & Zuber, PC
11 Greenway Plaza, Suite 1400
Houston, TX 77046

Ikon Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210


Mark F. King on behalf of Creditor Rock Transfer & Storage, Inc.
King Legal Group, S.C.
7500 W. State Street Suite 300
Wauwatosa, WI 53213

Leverson & Metz S.C.
225 East Mason Street
Suite 100
Milwaukee, WI 53202

Oracle USA, Inc.
Buchalter Nemer
c/o Shawn M. Christianson
333 Market St., 25th Floor
San Francisco, Ca 94105

R-C Rebuilders & Fabricators
Attn: Susan Jennings
PO Box 95
Iron Mountain, MI 49801

Paul W. Rosenfeldt on behalf of Defendant William Sesing Construction, Inc.
Edgarton, St. Peter, Petak & Rosenfeldt
10 Forest Avenue, Suite 200
PO Box 1276
Fond du Lac, WI 54936-1276

Bruce J. Ruzinsky on behalf of Creditor Constellation NewEnergy-Gas Division, LLC
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010

Anthony J. Saunders on behalf of Creditor Neal Scrap Metals, LLC
1101 Broad St.
New Castle, IN 47362

Ronald S. Stadler on behalf of Creditor Regency Janitorial
SmithAmundsen LLC
4811 S. 76th, Suite 306
Milwaukee, WI 53202

Michael D. Willis on behalf of Creditor Schneider's Iron & Metal, Inc.
Nelson & Schmeling
130 E Walnut Street
PO Box 22130
Green Bay, WI 54305-2130